

FILED ___ LODGED
___ RECEIVED
SEP 16 2011
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
                                        DEPUTY

JUDGE BRYAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UNITED STATES OF AMERICA, )
                          )   No.   CR09-5875 RJB
          Plaintiff,      )
                          )
     vs.                  )   ORDER GRANTING MOTION TO
                          )   WITHDRAW AND ALLOWING
                          )   SUBSTITUTION OF COUNSEL
PEDRO MONTERO-LUJANO,     )
                          )
          Defendant.      )
_____)

Upon motion of defense counsel, Michael Schwartz, for leave to withdraw as counsel for Pedro Montero-Lujano, and the supporting affidavit of counsel filed herein, the Court hereby

ORDERS that Michael Schwartz is hereby allowed to withdraw as counsel for the defendant; and it is further

ORDERED that ___FPD___ be appointed as substitute counsel.

DATED this 16 day of September, 2011.

_____
Hon. Robert J. Bryan

Presented by:

LAW OFFICES OF MICHAEL SCHWARTZ, Inc.

By: ___/s/_____
    Michael E. Schwartz, WSBA #21824
    Attorney for Defendant

09-CR-05875-ORD

Law Offices of Michael Schwartz, inc.
524 Tacoma Avenue South
Tacoma, WA 98402
(253)272-7161 fax (253)272-7178